# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROOSEVELT L. MOORE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-00247-C |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security,[1] | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 15th day of August 2017.

                                 s/WILLIAM E. CASSADY
                                 **UNITED STATES MAGISTRATE JUDGE**

---

[1] Nancy A Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d), Fed. R. Civ. P., Berryhill is substituted for Carolyn W. Covin as the proper defendant in this case.